

# United States District Court
# Eastern District of California

| KENNETH LEVI PACK, MIN JI JUNG | | Case Number: | 2:23-cv-01965-TLN-AC |

Plaintiff(s)

V.

| Johnson & Johnson Consumer Companies |

APPLICATION FOR PRO HAC VICE AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jeffrey H. Warshafsky hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Church & Dwight Co., Inc.

On 2/27/2012 (date), I was admitted to practice and presently in good standing in the New York State (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/7/2023                Signature of Applicant: /s/ Jeffrey H. Warshafsky

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jeffrey H. Warshafsky |
| Law Firm Name: | Proskauer Rose LLP |
| Address: | 11 Times Square |
| City: | New York        State: NY        Zip: 10036 |
| Phone Number w/Area Code: | 212-969-3241 |
| City and State of Residence: | Hoboken, New Jersey |
| Primary E-mail Address: | JWarshafsky@proskauer.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer L. Roche |
| Law Firm Name: | Proskauer Rose LLP |
| Address: | 2029 Century Park East |
| | Suite 2400 |
| City: | Los Angeles        State: CA        Zip: 90067 |
| Phone Number w/Area Code: | 310-284-5635        Bar #: 254538 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/22/2023

_____
JUDGE, U.S. DISTRICT COURT

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 2