**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to: | **NOTICE OF APPEARANCE OF CHRISTOPHER G. CAMPBELL** |

*Pack v. Johnson & Johnson, Consumer Companies, Inc. et al.,* No. 1:23-cv-09057

*Nyanjom v. Reckitt Benckiser Pharmaceuticals Inc. et al.*, No. 1:23-cv-09277

*Kleiman v. Bayer HealthCare LLC,* No. 1:23-cv-09287

*Heaghney v. Johnson & Johnson et al.,* No. 1:23-cv-09282

*Parker v. Rite Aid et al.,* No. 1:23-cv-09311

*Means v. Johnson & Johnson Holdco et al.,* No. 1:23-cv-09276

*Kasparie and James v. Bayer Healthcare LLC*, No. 1:23-cv-09312

*Thomas & Woods v. Kenvue, Inc. et al.*, No. 1:23-cv-09303

*Murdock et al. v. RB Health (US), LLC et al.*, No. 1:23-cv-09279

*McPhee & Vorise v. Johnson & Johnson Consumer Companies, Inc.*, No. 1:23-cv-09262

*Chavez v. Johnson & Johnson et al.,* No. 1:23-cv-09304

*Adkins v. Reckitt Benckiser et al.,* No. 1:23-cv-09291

*Sanes, et al. v. Bayer HealthCare LLC,* No. 1:23-cv-09295

*Jones v. Bayer Corporation et al.,* No. 1:23-cv-09297

TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that the undersigned counsel, Christopher G. Campbell, of DLA Piper LLP (US), is admitted to practice in this Court and has no disciplinary matters pending, and hereby enters his appearance in these cases as counsel for Defendant Bayer HealthCare LLC, as well as the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: January 4, 2024.

**DLA PIPER LLP (US)**

By: /s/ *Christopher G. Campbell*
    Christopher G. Campbell (NY – 3952363)
    1201 West Peachtree Street, Suite 2800
    Atlanta, Georgia 30309
    Tel: (404) 736-7800
    Fax: (404) 682-7800
    christopher.campbell@us.dlapiper.com
    *Attorney for Bayer HealthCare, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/ *Christopher G. Campbell*
Christopher G. Campbell