UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE OF ROBERT W. SPARKES, III** |

PLEASE TAKE NOTICE that the undersigned counsel, Robert W. Sparkes, III, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bar of the Commonwealth of Massachusetts and has no disciplinary matters pending against him, and hereby enters his appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon him at the e-mail address below.

Dated:  January 23, 2024    Respectfully submitted,

*/s/ Robert W. Sparkes, III*
Robert W. Sparkes, III
K&L GATES LLP
1 Congress Street, Suite 2900
Boston, MA 02114
Tel:    (617) 261-3100
Fax:   (617) 261-3175
Email: robert.sparkes@klgates.com

*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 23, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                             */s/ Robert W. Sparkes, III*
                                              Robert W. Sparkes, III