UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Civil Action No. 1:23-md-3089-BMC |
| THIS DOCUMENT APPLIES TO:<br><br>*Pack, et al. v. Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09057-BMC (E.D.N.Y.)<br><br>*McPhee, et al. v Johnson & Johnson Consumer Companies, Inc., et al.*, No. 1:23-cv-09262-BMC (E.D.N.Y.)<br><br>*Means v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09276-BMC (E.D.N.Y.)<br><br>*Heaghney v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09282-BMC (E.D.N.Y.)<br><br>*Chavez v. Johnson & Johnson Consumer Inc., et al.*, No. 1:23-cv-09304-BMC (E.D.N.Y.) | **NOTICE OF APPEARANCE OF RUBY A. NAGAMINE** |

PLEASE TAKE NOTICE that the undersigned counsel, Ruby A. Nagamine, of K&L Gates LLP, is admitted to practice *pro hac vice* in this Court, is a member in good standing of the bar of the State of Washington, and has no disciplinary matters pending against her, and hereby enters her appearance in the above-captioned cases as counsel for Defendants Amazon.com, Inc. and Amazon.com Services LLC, as well as in the above-referenced MDL Proceeding (MDL No. 3089), and respectfully requests that copies of all papers and electronic notices in this action be served upon her at the e-mail address below.

Dated:  February 12, 2024				Respectfully submitted,


						*s/ Ruby A. Nagamine*
						Ruby A. Nagamine
						K&L GATES LLP
						925 Fourth Avenue, Suite 2900
						Seattle, WA 98104
						Tel:	(206) 623-7580
						Fax:	(206) 623-7580
						Email:	ruby.nagamine@klgates.com

						*Attorney for Defendants Amazon.com, Inc. and Amazon.com Services LLC*

2

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on February 12, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF filing system and the Notice of Electronic Filing generated thereby.

                                              *s/ Ruby A. Nagamine*
                                              Ruby A. Nagamine