**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: ORAL PHENYLEPHRINE MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3089<br>Case No. 1:23-md-3089-BMC |
| This document relates to: | **NOTICE OF APPEARANCE OF ANDREW D. BLUTH** |
| *Kenneth Levi Pack, et al. v. Johnson & Johnson Consumer Companies, Inc. et al.,* No. 1:23-cv-09057 | |
| *William Bryan, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00040 | |
| *Christopher McPhee, et al. v. Johnson & Johnson Consumer, Inc., et al.*, No. 1:23-cv-09262 | |
| *Richard Chavez, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:23-cv-09304 | |
| *Izabel Pena-Venegas, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00041 | |
| *Abby Jergins, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00043 | |
| *Rethea Morris, et al. v. Johnson & Johnson Consumer, Inc., et al.,* No. 1:24-cv-00269 | |

TO THE CLERK OF COURT:

**PLEASE TAKE NOTICE** that the undersigned  counsel, Andrew D. Bluth, of

Singleton Schreiber, LLP, is admitted to practice in this Court and has no disciplinary matters

pending, and hereby enters his appearance in these cases as counsel for Plaintiffs in these

cases, as well as the above-referenced MDL Proceeding (MDL No. 3089) and respectfully

requests that copies of all papers and electronic notices in this action be served upon him at the email address below.

Dated: February 12, 2024                    Respectfully submitted,


                                            SINGLETON SCHREIBER, LLP


                                            By:  /s/ *Andrew D. Bluth*
                                                 Andrew D. Bluth
                                                 1414 K Street, Suite 470
                                                 Sacramento, CA 95814
                                                 (916) 775-5894
                                                 abluth@singletonschreiber.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ *Andrew D. Bluth*
Andrew D. Bluth